**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6249**

———————

ALBERT WAYNE ADCOCK,

                                    Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Henry C. Morgan, Jr., District Judge.  (CA-98-1202-2)

———————

Submitted:  June 30, 2000            Decided:  July 24, 2000

———————

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Albert Wayne Adcock, Appellant Pro Se.  Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Wayne Adcock seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Adcock v. Angelone, No. CA-98-1202-2 (E.D. Va. Jan. 28, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's judgment is marked as "filed" on January 27, 2000, the district court's record shows that it was entered on the docket sheet on January 28, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).